IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

---

**UNITED STATES OF AMERICA**

**V.**          **CAUSE NUMBER 3:06CR146 M**

**QUINCY HOLMES**          **DEFENDANT**

**ORDER**

This cause comes before the Court on the Defendant's motion seeking continuance of the trial currently scheduled June 11, 2007. Counsel for the defendant states that he is scheduled to be out of state and is unavailable June 11. Counsel for the Government does not oppose this continuance. The Court finds that the ends of justice will be served by granting subject continuance and that such action outweighs the best interests of the public and the defendant in a speedy trial.

It is therefore ORDERED that the above and foregoing trial is hereby continued until Monday, July 9, 2007, and all pre-trial dates are extended accordingly.

It is further ORDERED that the delay from this date until such trial date set by the Court above shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(8)(A).

This the 30th day of April, 2007.

                                       /s/ Michael P. Mills
                                       **UNITED STATES DISTRICT JUDGE**